

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BURNELL WATSON,** [FN-6628]  Petitioner | : CIVIL ACTION |
| v. | : |
| **MARTIN L. DRAGOVICH, et al.,** Respondents | : NO. 06-CV-0020 |

## ORDER

AND NOW, this 10th day of May, 2007, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United State Magistrate Judge, IT IS HEREBY **ORDERED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED.**

2. The Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2254 is **DENIED and DISMISSED WITHOUT PREJUDICE FOR FAILURE TO EXHAUST STATE COURT REMEDIES.**

There is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
JAMES T. GILES,                    J.